```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
AUDIOMOB LTD,

                Plaintiff,

-against-

GROUP BLACK, INC.,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/21/2025
```

25 Civ. 4059 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By order dated May 19, 2025, the Court directed the parties to file a joint letter and proposed case management plan by July 18, 2025. ECF No. 7. Those submissions are now overdue.

    Under ¶ II.B of this Court's Individual Practices in Civil Cases (the "Individual Practices"), "[i]f defense counsel has not appeared at least one week prior to the deadline for these submissions, plaintiff's counsel is directed to submit a letter requesting an adjournment and informing the Court of the status of defense counsel's appearance and whether plaintiff intends to seek a default judgment." Although Defendant has not appeared in this matter, the Court has not received a letter from Plaintiff.

    Accordingly, by **July 28, 2025**, the parties shall file their joint letter and proposed case management plan or Plaintiff shall otherwise file a letter as set forth in Individual Practices ¶ II.B.

    SO ORDERED.

Dated: July 21, 2025
       New York, New York

                                              ANALISA TORRES
                                         United States District Judge